# EXHIBIT 1

**ADDENDUM**
**Logo of Stem Cell Therapeutics USA, PLC**

