# EXHIBIT 2




**MIKE CRAWFORD**
25811 Power Rd.
Farmington Hills, MI 48336

W: mikecrawfish.com
P: 248.808.1453
E: mikcrawf@gmail.com

# INVOICE

Date: 08/11/2014
Referral # 0008
Client: Stem Cell Therapeutics
Project Title: Company Launch

| DESCRIPTION | |
|---|---:|
| Logo design | 150.00 |
| 1/4 page magazine ad | 250.00 |
| Website design (stemtherapeutics.com) | 1200.00 |
| | |
| | |
| | |
| Total | $1600.00 |