# EXHIBIT 5



**BLOOMFIELD HILLS: (248) 309-8878**

**GRAND RAPIDS: (616) 552-9018**

HOME    STEM CELL OVERVIEW    ABOUT US    CONTACT US

# Find Your Way Back to a Pain-Free Lifestyle

Our mission is to provide a unique opportunity for care of arthritic joints for patients within the greater Detroit area.

## Stem Cell Overview

Find out what stem cells are, how stem cell therapy works, and the benefits.

LEARN MORE

## Meet Our Team

ABOUT US

Dr. Crawford is one of few Michigan physicians to perform stem cell therapies.

## Let's Get Started

Don't let joint pain wear you down any longer. Call us for an appointment today!

CONTACT US

# Stem Cell Therapy for Arthritis, Michigan

## Featuring 20+ Years of Orthopedic Expertise

For many years, the options for patients suffering from arthritis of the joints were limited to managing the pain and symptoms until it was time for major surgery. Native Stem Cell and Dr. Kevin Crawford have introduced stem cell therapy to Michigan as a new and exciting method for the treatment of arthritis. Stem cell therapy is a minimally-invasive, nearly painless procedure performed in our offices that can help reverse years of arthritic damage to your painful knees, hips, shoulders and more.

## How Stem Cell Therapy Can Provide Arthritis Relief

Arthritis refers to a wide range of joint diseases and conditions causing joint pain affecting more than 50 million adults in the U.S. These conditions can lead to pain, swelling, tenderness and stiffness in one or more joints, making it hard to carry out your daily activities. You may end up reducing your physical activity

## Appointment Request

Fill out the short form below to request a consultation with us.

Name

Phone

Email

Message

SEND YOUR MESSAGE

## Why Choose Us?

✓ Two Convenient

because it hurts to move like you used to, or maybe you can no longer do some of your favorite activities like tennis or even walking because of pain in your knees. However arthritis is affecting you, it doesn't have to be that way.

With stem cell therapy for arthritis, we can help enhance the body's natural regenerative process and repair tissue in damaged areas, particularly knees, hips, shoulders and ankles. The procedure doesn't require surgery, providing you with a short recovery time and restoring your lifestyle to what it was before arthritis.

## Arthritis Relief with Native Stem Cell

At Native Stem Cell in Bloomfield Hills, MI, and Grand Rapids, MI, we are on the frontier of arthritis treatment. Dr. Crawford is a Board Certified Orthopedic Surgeon with over 20 years of treating arthritis using surgical and non-surgical techniques. He has been performing stem cell injections for arthritis for three years with great success. Dr. Crawford's ability to combine traditional orthopedic knowledge and techniques with the healing potential of your stem cells allows you to take control of your arthritis and reverse years of damage and wear.

Native Stem Cell is one of the only clinics in Michigan to provide stem cell injections using stem cells from a patient's own bone marrow. We treat patients with all stages of arthritis and our goal is to help you to regain function, reduce pain and allow you to avoid total joint replacement. Stem cell therapy is the next frontier of preventative medicine for patients with arthritis.

## Schedule Your Initial Consultation Today

If you're tired of dealing with stiff or painful joints, we welcome you to reach out to our friendly and knowledgeable staff to answer your questions about stem cell therapy or to schedule a free consultation with Dr. Crawford. Learn more about our treatment options and how stem cell therapy can help you or a

**Locations**

- Practicing for Over 20 Years
- Trained Orthopedic Surgeon
- Quick and Painless Procedures
- One of Few Michigan Physicians to Perform Stem Cell Injections

loved one by calling our Bloomfield Hills, MI, location in the Detroit area at 248-309-8878 or our Grand Rapids, MI, location at 248-309-8878.

**Detroit Area**: 248-309-8878

**Grand Rapids**: 616-552-9018

## Quick Links

HOME

STEM CELL OVERVIEW

ABOUT US

CONTACT US

SITE MAP

PRIVACY POLICY

## Call Today
## (248) 309-8878

Native Stem Cell
Stem Cell Therapy
**Bloomfield Hills Location:**
2525 South Telegraph Road Suite 310
Bloomfield Hills, MI 48302
View Map
Phone: (248) 309-8878
**Grand Rapids Location:**
4070 Lake Drive, Suite L101
Grand Rapids, MI 49546
View Map
Phone: (616) 552-9018
Website:
nativestemcell.com

© 2017 All Rights Reserved.

LOCAL